

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-68,946-09

### IN RE JOHN DOUGLAS MITCHELL, JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. B040383-CR IN THE 163RD DISTRICT COURT
### FROM ORANGE COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Orange County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Orange County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Orange County, or forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed:   January 19th, 2022

Do not publish